**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Elizabeth R. Parra,<br><br>    Plaintiff<br>v.<br><br>GEICO Advantage Insurance Company,<br><br>    Defendant | Case No.: 2:22-cv-01343-JAD-VCF<br><br>**Order Dismissing Case**<br><br>[ECF No. 17] |

Based on the parties' stipulation [ECF No. 17] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  **The Clerk of Court is directed to CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
October 28, 2022